**Order entered October 30, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01160-CR

### PEDRO SANTIAGO MARIN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F19-52413-Y**

## ORDER

Appellant's brief was initially due on January 26, 2020. Although we granted a motion extending the time until March 2, 2020, no brief was filed. On May 18, 2020, we abated the appeal for a hearing. Eight days later, appellate counsel Valencia Bush filed a letter informing us that the signed jury charge on guilt/innocence was missing from the clerk's record. In the interest of expediting the appeal, we reinstated the appeal, vacated our order to the extent it required a hearing, ordered the district clerk to file a supplemental clerk's record with the

signed jury charge by June 9, 2020, and ordered appellant's brief due thirty days after the supplemental clerk's record was filed. On July 8, 2020, the supplemental clerk's record was filed, making appellant's brief due on August 7, 2020. Two weeks later, Ms. Bush filed another motion for an extension of time to file the brief which we granted. We ordered the brief due by September 25, 2020 and cautioned Ms. Bush that further extensions were disfavored. To date, the brief has not been filed, and we have had no further communication from Ms. Bush.

We **ORDER** Valencia Bush removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Chika Anyiam, Presiding Judge, Criminal District Court No. 7; to Felicia Pitre, Dallas County District Clerk; to Valencia Bush; and to the Dallas County District Attorney's Office, Appellate Division.

We **ABATE** the appeal to allow the trial court to comply with this order. The appeal will be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/     BILL PEDERSEN, III
JUSTICE